40     (9)     1821

*John Meldrum*
*v*
*James Fulton.*

filed in the Clerks
office Sept 9th 1822
M Dorr Clk

MICHIGAN, SUPREME COURT.

(Copy)

OF THE TERM OF SEPTEMBER IN THE YEAR OF
OUR LORD ONE THOUSAND EIGHT HUNDRED AND
TWENTY ONE.

James Fulton, of the County of S<sup>t</sup> Clair, is delivered to bail on a cepi Corpus, unto David C. M<sup>c</sup>Kinstry of the County of Wayne, yeoman, and Conrad Ten Eyck, of the County of Wayne, yeoman, and John S. Roby, of the County of Wayne, Merchant, at the Suit of John Meldrum, in a plea of Debt on Bond.          (Signed)   Charles C. Trowbridge
                                                      Com<sup>r</sup> of Bail
Hunt & Larned   Att<sup>s</sup> for Deft.                     Wayne County, T.M.

MICHIGAN TERRITORY, TOWIT:

SUPREME COURT.

I Certify that the above is a true Copy of the Bail piece on file in my office, in the Case of John Meldrum against James Fulton.
    Detroit September 5th 1821.                  MELVIN DORR
                                        Clerk of the Supreme Court
                                            of the Territory of Michigan.

COUNTY OF WAYNE, TOWIT:

The within named Defendant, James Fulton, on the prayer, and for the indemnity of his manucaptors, is Committed to the custody of the Sheriff of the County of Wayne aforesaid, at the suit of the Plaintiff in the plea within mentioned.

Dated at the City of Detroit, on the fifth day of September, in the year One thousand Eight hundred and twenty two.

<div align="right">

CHS. CH<sup>R</sup> TROWBRIDGE
Com<sup>r</sup> of Bail,
County of Wayne, T.M.

</div>

COUNTY OF WAYNE, TOWIT:

I acknowledge that the Defendant James Fulton, above named, hath been delivered to and received by me, and is in my custody in the Gaol of the County of Wayne, by virtue of the above committitur. for Austin E. Wing Sheriff of the County of Wayne                    T. YOUNG   Dept

COUNTY OF WAYNE, SS:

I Certify that Timothy Young, Deputy of Austin E. Wing, sheriff of the County of Wayne, signed the above acknowledgement in my presence.

<div align="right">

CHS. CH<sup>R</sup> TROWBRIDGE
Com'r of Bail, Wayne County.